**Motion Granted and Abatement Order filed March 26, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00121-CV
_____

**THE CITY OF HOUSTON, Appellant**

**V.**

**STEVE WILLAMS, ET AL, Appellees**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2002-22690A**

## A B A T E M E N T   O R D E R

This is an appeal from a final summary judgment signed November 16, 2012. On March 12, 2013, appellant filed a motion to stay the appeal pending a decision by the Texas Supreme Court in a related case, *City of Houston v. Bates,* No. 11-0778, which was argued before the high court on January 9, 2013. Appellant asserts that the decision in *Bates* will control the outcome of this appeal. Appellees have filed a response to the motion, agreeing to the abatement but requesting a limited abatement period.

We **GRANT** appellant's motion. We order the appeal **ABATED** pending a decision by the Texas Supreme Court in *City of Houston v. Bates,* No. 11-00778, or until further order of this court.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The court will consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM